JAMES T. WALSH, Respondent, v. JOHN F. WALSH and Others, Appellants.—

* Amd. by Laws of 1917, chap. 28.— [REP.

Order unanimously affirmed, with ten dollars costs and disbursements, on the authority of *Eagle-Picher Lead Co.* v. *Mansfield Paint Co., Inc.* (201 App. Div. 223; S. C., 203 id. 9); *Marine Trust Co.* v. *Nuway Devices, Inc.* (204 id. 752); *Herbage* v. *City of Utica* (109 N. Y. 81).

Before State Industrial Board, Respondent. Dora Whispell, Respondent, v. General Electric Company, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. McCann, J., not sitting.